IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-01694-PAB-BNB

CAROL MCNAB, and
SCOTT MCNAB,

    Plaintiffs,

v.

WILLIAM FRY, M.D.,

    Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss [Docket No. 7]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Stipulated Motion to Dismiss [Docket No. 7] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 4, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge